# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:07CR00003 |
| v. ) | **ORDER** |
| ) | |
| YAYAH TALIB, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Order, it is **ADJUDGED AND ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby DENIED and stricken from the active docket of the court. It appearing proper, a Certificate of Appealability is DENIED.

ENTER: April 27, 2011

/s/ James P. Jones
United States District