# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:07CR00003-001 |
| v. ) | **OPINION AND ORDER** |
| **YAYAH TALIB,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

*Yayah Talib, Pro Se Defendant.*

The defendant, a federal inmate, has filed a pro se "Notice to the Court and Request for an Order." The court previously denied Talib's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). *United States v. Talib*, No. 2:07CR00003-001, 2021 WL 4702420 (W.D. Va. Oct. 8, 2021). In his present pleading, he alleged that he only "recently became aware, through family and friends, that the Court may have denied" the motion and seeks an extension of time to note an appeal.[1]

A notice of appeal in a criminal case must be filed within 14 days of the entry of the order appealed from. Fed. R. App. P. 4(b)(1)(A)(i). A motion under §

---

[1] His pleading was undated but was contained in an envelope postmarked November 12, 2021.

3582(c)(1)(A)(i) is not a civil post-conviction action, but a continuation of the criminal case and thus the 14-day deadline applies. *United States v. Rowls*, No. 20-13708, 2021 WL 5291655, at *1 (11th Cir. Nov. 15, 2021) (per curiam) (citation omitted). The district court may extend the period an additional 30 days "[u]pon a finding of excusable neglect or good cause." Fed. R. App. P. 4(b)(4).

For good cause I will extend the time for filing the notice of appeal from the court's order of October 8, 2021. The notice of appeal must be filed no later than November 22, 2021 — the maximum permitted by the rules.[2]

In his pleading, Talib also request that the court direct his appointed attorney to explain why he has not communicated with Talib or Talib's family. The Federal Public Defender filed a notice on August 8, 2021, stating that no supplemental motion would be filed by that office for Talib and requesting that he be allowed to proceed pro se. I will not grant Talib's request in this regard.

Accordingly, it is **ORDERED** that the Notice to the Court and Request for an Order, ECF No. 535, is GRANTED IN PART AND DENIED IN PART. It is GRANTED to the extent that the time to file a notice of appeal by the defendant from the court's order of October 8, 2021, is extended to and including November 22, 2021. It is otherwise DENIIED.

---

[2] Because Talib is an inmate, his filing occurs when it is shown that the mailing to the court was deposited in the institution's internal mail system in accord with Federal Rule of Appellate Procedure 4(c).

ENTER: November 17, 2021

/s/ JAMES P. JONES
Senior United States District Judge